# United States Bankruptcy Court
## District of

In Re: _____   Case No.: _____

Chapter:            13

Judge: _____

**Statement in Response to Notice of Final Cure Payment**

---

**Part 1:   Pre-Petition Arrears**

Creditor ❏ agrees or ❏ does not agree that the debtor(s) has paid in full the amount required to cure the pre-petition default to be paid through the Chapter 13 Plan.

    If creditor disagrees:

        Amount due to cure pre-petition arrears:   $ _____

        Attach an itemized account of any required pre-petition amounts that the secured creditor contends remain unpaid as of the date of the *Notice of Final Cure Payment*.

**Part 2:   Post-petition Arrears**

***Outside the plan:*** Creditor ❏ agrees or ❏ does not agree that the debtor(s) has paid all post-petition amounts due to be paid outside the Chapter 13 Plan directly to the secured creditor.

    If the creditor disagrees:

        Amount due to cure post-petition arrears due outside the plan: $ _____

        Attach an itemized account of any required post-petition amounts that the secured creditor contends remain unpaid as of the date of the *Notice of Final Cure Payment*, using the form *Certification Re Post-Petition Payment History (Note and Mortgage)*.

***Inside the plan***: Creditor ❏ agrees or ❏ does not agree that the debtor(s) has paid all post-petition amounts due to be paid through the Chapter 13 Plan.

    If the creditor disagrees:

        Amount due to cure post-petition arrears due inside the plan: $ _____

        Attach an itemized account of any required post-petition amounts that the secured creditor contends remain unpaid as of the date of the *Notice of Final Cure Payment,* citing court orders or *Notices of Fees, Expenses and Charges* issued during the case.

**Part 3:   Sign Here**

The person completing this Statement must sign it. Print your name and other identifying information.

Check the appropriate box.

❏ I am the creditor.                    ❏ I am the creditor's authorized agent.
                                          (Attach a copy of power of attorney, if any.)

I certify under penalty of perjury that the foregoing is true and correct.

_____         Date: _____
Signature

Print:   _____       _____
         Name                                   Title

         _____
         Company

         _____
         Address

         _____

         _____       _____
         Phone                                  Email

**Part 4:   Service**

Notice Mailed to:

Debtor(s) (address):_____

Debtor(s)' Counsel:
       ❏ Via CM/ECF
       ❏ Via email (email address): _____
       ❏ Via US Mail (address):   _____

Trustee:
       ❏  Via CM/ECF

*new.9/1/10*